# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145100

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FEDERAL HOME LOAN MORTGAGE
CORPORATION,
            Plaintiff-Appellee,

v

COSTAS GOGOS and SOPHIA GOGOS,
            Defendants-Appellants.

SC: 145100
COA: 305375
Macomb CC: 2011-001389-CH

_____/

On order of the Court, the application for leave to appeal the April 2, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

p0716